UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
MAY 11 2020
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

CRIMINAL MINUTES - GENERAL

Case No.  20-mj-2101                                Date  May 11, 2020

Title  United States v.  Robert Lawrence ~~Anthony~~ Moring

Present: The Honorable  Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**   ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☐ supervised release.

The Court finds that Defendant has not carried his/her burden of establishing by clear and convincing evidence [18 U.S.C. § 3142(b-c)] that Defendant:

☒ will appear for further proceedings as required if released.

☒ will not endanger the safety of any other person or the community if released.

The Court bases its findings on the following:

☒ Allegations in petition

☐ Lack of bail resources

☐ No stable residence or employment

☐ Ties to foreign countries

☐ Previous failure to appear or violations of probation, parole, or release

☐ Nature of previous criminal convictions

☒ Substance abuse

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Case No. _____   Date   May 11, 2020

Title   United States v. _____

☐   Already in custody on state or federal offense

☐   Refusal to interview with Pretrial Services

☐

☐   Defendant did not oppose the detention request.

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.